UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONNIE COLE,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>NEW YORK CITY DEPARTMENT OF CORRECTION; KISA SMALLS, WARDEN, NORTH INFIRMARY COMMAND, NEW YORK CITY DEPARTMENT OF CORRECTION; CITY OF NEW YORK; NEW YORK STATE DIVISION OF PAROLE,<br><br>                              Defendants. | 20 Civ. 3981 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 27, 2020, the Honorable Colleen McMahon entered an Order directing Plaintiff Ronnie Cole to either pay the $400.00 filing fee owed in this action or submit an application to proceed *in forma pauperis* ("IFP") on or before June 26, 2020, and explained that failure to comply would result in dismissal of the case. (Dkt. #5). On October 6, 2020, the Court *sua* sponte further extended the deadline for Plaintiff to pay the filing fee or submit an IFP application to October 30, 2020, and reiterated that failure to comply would result in the dismissal of his case. (Dkt. #6). Plaintiff has neither paid the filing fee nor submitted an IFP application.

Therefore, and pursuant to the Orders dated May 27, 2020, and October 6, 2020, this case is hereby dismissed without prejudice. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and

close this case. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated: November 4, 2020
       New York, New York

KATHERINE POLK FAILLA
United States District Judge